McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| ROSA FRANCO, <br><br> Plaintiff, <br><br> vs. <br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | 1:19-cv-01143-EPG <br><br> STIPULATION AND ORDER FOR AN EXTENSION OF TIME <br><br> (ECF No. 14) |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a 21-day extension of time from March 26, 2020 to April 16, 2020 to respond to Plaintiff's letter brief. Defendant's counsel requests additional time because she is in the process of conferring with her client regarding settlement. Defendant's counsel will then, if appropriate, need to confer with Plaintiff's counsel to determine if this matter can be resolved. Defendant's counsel will endeavor to complete these tasks as soon as possible.

    This request is made in good faith with no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

PENA & BROMBERG, ATTORNEYS AT LAW

Dated: March 26, 2020 */s/ Jonathan Omar Pena by Chantal R. Jenkins\**
*As authorized *via* email on March 26, 2020
JONATHAN OMAR PENA
Attorney for Plaintiff

Dated: March 26, 2020 McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant United States Attorney

ORDER

Pursuant to the stipulation of the parties (ECF No. 14), and finding good cause exists,

IT IS ORDERED that Defendant shall serve his response to Plaintiff's letter brief on or before **April 16, 2020**. All subsequent deadlines in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated: **March 26, 2020**

/s/ *Erin P. Groj*
UNITED STATES MAGISTRATE JUDGE