UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA FRANCO,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>    Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 1:19-cv-01143-EPG<br><br>ORDER GRANTING STIPULATED REQUEST FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND FOR ENTRY OF JUDGMENT<br><br>(ECF No. 16) |

    The stipulated request of the parties (ECF No. 16) is GRANTED. This action is remanded for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). On remand to the Commissioner, the Appeals Council shall direct the Administrative Law Judge to offer Plaintiff the opportunity of a hearing; reassess the opinions of record; reassess Plaintiff's residual functional capacity (RFC); and issue a new decision.

    The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

    Dated: __**April 1, 2020**__                    /s/ Erica P. Grosjean
                                                           UNITED STATES MAGISTRATE JUDGE